# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# (Topeka Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 18-40030-DDC |
| BRYAN S. DUNCAN, | |
| Defendant. | |

## SEALED INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about October 16, 2015, in the District of Kansas, the defendant,

**BRYAN S. DUNCAN,**

knowingly distributed visual depictions of minors using a means and facility of interstate and foreign commerce, including by computer, and the production of such visual depictions involved the use of minors engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256, and such visual depictions were of such conduct, in that the defendant used an internet file sharing program to distribute child pornography.

This was in violation of Title 18, United States Code, Section 2252(a)(2).

### COUNT 2

On or about July 13, 2016, in the District of Kansas and elsewhere, the defendant,

**BRYAN S. DUNCAN,**

knowingly possessed at least one matter which contained any visual depiction of minors that had been shipped and transported using a means and facility of interstate and foreign commerce, including by computer, and was produced using materials which had been mailed and shipped and transported using a means and facility of interstate and foreign commerce and the production of such visual depictions involved the use of minors engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256, and such visual depictions were of such conduct.

This was in violation of Title 18, United States Code, Section 2252(a)(4)(B).

**FORFEITURE ALLEGATION**

The allegations contained in Counts 1 and 2 of the Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

Upon conviction of the offense identified in Counts 1 and 2, the defendant,

**BRYAN S. DUNCAN,**

shall forfeit to the United States, any and all property used and intended to be used to commit and to promote the commission of such offense including, but not limited to the following items, seized in the District of Kansas:

- Toshiba Carvio 2T HD, DWC120, s/n Z3P2MR4KSU16;
- Dell Inspiron 1545 laptop, model PP41L, s/n J3RVFL1;
- Western Digital Scorpio Blue, 250 GB SATA HD, model WD250BEVT-75A23TO, s/n WXG1A4053429;
- Dell Inspiron 1750 laptop, model PO4E, s/n F0T6SJ1;

- Seagate Momuntus 540016, 250 GB SATA HD, s/n 5VCBWQFG;

- Linksys Wireless-G Broadband Router, s/n DCFF1G4I1999, Mac Address 001A70DA6D5C;

- Samsung cell phone;

- Garmin Cell Pone;

- LG Cell Phone;

- Samsung Tablet, s/n R52G90GLH1T;

- iPhone, model A1349;

- Nextbook Tablet, NX008HI8G.

A TRUE BILL.

Dated:  March 7, 2018
s/Foreperson
FOREPERSON

s/ Christine E. Kenney, #13542 for
STEPHEN R. MCALLISTER
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
stephen.mcallister@usdoj.gov
Ks. S. Ct. No. 15845

[It is requested that trial of the above captioned case be held in Topeka, Kansas.]